# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| LAVERN SEYMORE, on behalf of X.D., a minor child,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner, Social Security Administration<br><br>　　　　Defendant. | No.  3:10-cv-00228-JJV |

## ORDER

Although the Complaint in this case was filed September 22, 2010, no proof of service has been filed to indicate proper service was obtained on Defendant, as required by FED. R. CIV. P. 4(l).

Under these circumstances, the Complaint is subject to dismissal. FED. R. CIV. P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697, 698 (8th Cir.), *cert. denied*, 502 U.S. 1005 (1991); *Ouzts v. Cummins*, 825 F.2d 1276, 1278 (8th Cir. 1987).

Plaintiff must make proof of service to the Court within thirty (30) days of the date of this Order, or the Complaint will be dismissed.

IT IS SO ORDERED this 21st day of April, 2011.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE