# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| LAVERN SEYMORE, on behalf of X.D., a minor child, | * * * | |
| Plaintiff, | * | |
| vs. | * * | No. 3:10-cv-00228-JJV |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration | * * * | |
| Defendant. | | |

## ORDER

Although the Complaint in this case was filed September 22, 2010, no proof of service has been filed to indicate proper service was obtained on Defendant, as required by FED. R. CIV. P. 4(l).

Pursuant to the Court's Order on April 21, 2011 (Doc. No. 7), it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice

IT IS SO ORDERED this 16th day of June, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE