# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| LAVERN SEYMORE, on behalf of X.D., a minor child, | * |
| Plaintiff, | * |
| vs. | * No. 3:10-cv-00228-JJV |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice

IT IS SO ORDERED this 16th day of June, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE